1  OWEN, WICKERSHAM & ERICKSON, P.C.
   LAWRENCE G. TOWNSEND, ESQ. (S.B.N. 88184)
2  LINDA JOY KATTWINKEL, ESQ. (S.B.N. 164283)
   455 Market Street, Suite 1910
3  San Francisco, CA 94105
   Telephone 415.882.3200
4  Facsimile. 415-882-3232
   ltownsend@owe.com
5  ljk@owe.com

6  Attorneys for Defendant and Counterclaimant
   WESTINGHOUSE LIGHTING CORPORATION
7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12
   THE THOMAS KINKADE COMPANY,           ) Case Number C06-07049 JW
13 formerly known as Media Arts Group, Inc., )
   a Delaware Corporation,               )
14                                       )
           Plaintiff and Counterdefendant, ) STIPULATION AND (PROPOSED)
15                                       ) ORDER TO EXTEND TIME FOR
      v.                                 ) HEARING ON PLAINTIFF'S MOTION
16                                       ) FOR JUDGMENT ON THE PLEADINGS
   WESTINGHOUSE LIGHTING               ) PURSUANT TO LOCAL RULE 6-1(b)
17 CORPORATION, a Pennsylvania Corporation,)
                                         )
18         Defendant and Counterclaimant. )
                                         )
19 ──────────────────────────────────────  )

20      TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

21 NORTHERN DISTRICT OF CALIFORNIA:

22      PLEASE TAKE NOTICE THAT the Plaintiff's Motion for Judgment on the Pleadings

23 was originally noticed for June 4, 2007 at 9:00AM. Parties in this action were notified by notice

24 of the Clerk that the hearing on the Plaintiff's Motion for Judgment on the Pleadings had been

25 reset for June 18, 2007 at 9:00AM.

26      Pursuant to Local Rule 6-1(b) and in accordance with Local Rule 6-2, Plaintiff and

27 Counterdefendant THE THOMAS KINKADE COMPANY and Defendant and

28                                        1

Stipulation to Extend Time for Hearing, etc.; Case No: C06-07049 JW

1  Counterclaiminant WESTINGHOUSE LIGHTING CORPORATION hereby stipulate and
2  request that the hearing on Plaintiff's Motion for Judgment on the Pleadings be reset for
3  **July 23 2007 at 9:00AM**, or as soon thereafter as may be convenient for the court. Other dates
4  scheduled by the Court will not be affected.

5      The parties have agreed to this request to extend time because new lead counsel for
6  Defendant and Counterclaiminant WESTINGHOUSE LIGHTING CORPORATION has been
7  appointed and will be substituting in.

9  So stipulated.
10 Dated: May 11, 2007          OWEN, WICKERSHAM & ERICKSON, P.C.

12                              By: _____
                                    Linda Joy Kattwinkel
                                Attorneys for Defendant and Counterclaimant,
13                              WESTINGHOUSE LIGHTING CORPORATION

14                              As the filing attorney, I attest that the foregoing is accepted
                                by counsel signing below.

16 Dated: May 11, 2007          McDERMOTT WILL & EMERY LLP

18                              By: _____
                                    Charles E. Weir
                                Attorneys for Plaintiff and Counterdefendant
19                              THE THOMAS KINKADE COMPANY

20                              (~~PROPOSED~~) ORDER

21     PURSUANT TO STIPULATION, IT IS ORDERED the hearing on Plaintiff's Motion for
22 Judgment on the Pleadings is reset to ___July 23 2007 at 9:00 AM___.

24 Dated: May 21 2007           _____
                                James Ware
25                              United States District Judge

27 S:\1Clients\WESLI\Stipulation-Extend Hearing on 12(c) Motion.wpd
28                                              2

Stipulation to Extend Time for Hearing, etc.; Case No: C06-07049 JW