1  OWEN, WICKERSHAM & ERICKSON, P.C.
   Lawrence G. Townsend (S.B.N. 88184)
2  Linda Joy Kattwinkel (S.B.N. 164283)
   455 Market Street, Suite 1910
3  San Francisco, CA 94105
   Telephone: 415.882.3200
4  Facsimile: 415-882.3232
   ltownsend@owe.com
5  ljk@owe.com

6  BLANK ROME, LLP
   Alan J. Hoffman
7  James J. Merkins
   One Logan Square
8  18th and Cherry Streets
   Phyilidelphia, Pennsylvania 19103-6998
9  Telephone: 215-569-5500
   Facsimile: 215-569-5555
10 Counsel *Pro Hac Vice*

11 Attorneys for Defendant and Counterclaimant
   WESTINGHOUSE LIGHTING CORPORATION
12

*IT IS SO ORDERED*
*Judge James Ware*

           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
                 SAN JOSE DIVISION

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, formerly known as Media Arts Group, Inc., a Delaware Corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>WESTINGHOUSE LIGHTING CORPORATION, a Pennsylvania Corporation,<br><br>　　　　Defendant.<br>_____ / | Case Number C06-07049 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR DISCLOSURE AND DEPOSITIONS OF EXPERT WITNESSES |

　　　The parties hereto, by and through their respective counsel, have reached this Stipulation Extending Deadlines for Disclosure and Depositions of Expert Witnesses with respect to the following facts:

　　　A.　　Plaintiff filed its motion for judgment on the pleadings on April 30, 2007, and a

---

1

Stip. & [Proposed] Order Extending Deadlines, etc. Expert Witnesses; Action No. C06-07049 JW (PVT)

hearing was set for June 4, 2007.

B. The motion was continued to June 18, 2007 pursuant to notice of the Clerk, and it was subsequently continued to July 23, 2007 due to Defendants having retained new lead counsel in the case. The motion was thereafter continued by the Court to July 30, 2007 and was heard on Monday, July 30, 2007 at 9:00 am.

C. The parties to date have engaged in only paper discovery so as to avoid unnecessary expenditures of attorneys' fees and costs until such time as the pleadings are settled and the factual issues are framed.

D. Under the Court's Scheduling Order the parties are scheduled to disclose their experts on August 20, 2007 with rebuttal experts to be named and depositions to follow.

E. The parties wish to extend the August 20 disclosure of expert witnesses date to October 22, 2007, coextensive with close of discovery. No changes are sought other than with respect to expert witnesses. Furthermore, Plaintiff wishes to go on record that it wishes to preserve the current pre-trial and trial scheduling for this case, with the preliminary pre-trial conference currently set for March 10, 2008 at 11:00 A.M.

Therefore, the parties stipulate to the following changes in the scheduling order with respect to expert witness disclosures and discovery:

| Deadline | Current Due Date | New Date |
|---|---|---|
| Expert Witness Disclosure | 08/20/2007 | 10/8/2007 |
| Expert Witness Rebuttal | 09/03/2007 | 10/22/07 |
| File Motion to Exclude Expert Witness Testimony | 10/01/2007 | 11/12/2007 |
| Close of Expert Witness Discovery | 10/22/2007 | 11/21/2007 |

///

///

///

///

2

Stip. & [Proposed] Order Extending Deadlines, etc. Expert Witnesses; Action No. C06-07049 JW (PVT)

| | |
|---|---|
| Dated: August 23, 2007 | OWEN, WICKERSHAM & ERICKSON, P.C |
| | |
| | By: ____/s/ Lawrence G. Townsend____ |
| | Lawrence G. Townsend |
| | Linda Joy Kattwinkel |
| | |
| | AND |
| | |
| | Alan J. Hoffman |
| | James J. Merkins |
| | BLANK ROME, LLP |
| | Attorneys for Defendant and Counterclaimant |
| | WESTINGHOUSE LIGHTING CORPORATION |
| | |
| Dated: August 23, 2007 | MCDERMOTT WILL & EMERY LLP |
| | |
| | By: ____/s/ Charles E. Weir____ |
| | Charles E. Weir |
| | Attorneys for Plaintiff THE THOMAS KINKADE COMPANY |

3

Stip. & [Proposed] Order Extending Deadlines, etc. Expert Witnesses; Action No. C06-07049 JW (PVT)

**ORDER**

IT IS SO ORDERED.

Dated: August __30__, 2007

_____
James Ware
United States Judge

S:\1Clients\WESLI\StipOrder-ExtendDates-ExpertWitness.wpd