OWEN, WICKERSHAM & ERICKSON, P.C.
Lawrence G. Townsend (S.B.N. 88184)
Linda Joy Kattwinkel (S.B.N. 164283)
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone:  415.882.3200
Facsimile:  415-882.3232
ltownsend@owe.com
ljk@owe.com

BLANK ROME, LLP
Alan J. Hoffman
James J. Merkins
One Logan Square
18th and Cherry Streets
Phylidelphia, Pennsylvania 19103-6998
Telephone:  215-569-5500
Facsimile:  215-569-5555
Counsel *Pro Hac Vice*

Attorneys for Defendant and Counterclaimant
WESTINGHOUSE LIGHTING CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, formerly known as Media Arts Group, Inc., a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>WESTINGHOUSE LIGHTING CORPORATION, a Pennsylvania Corporation,<br><br>          Defendant.<br>_____/ | Case Number C06-07049 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR DISCLOSURE AND DEPOSITIONS OF EXPERT WITNESSES, DISCOVERY CUT-OFF AND DISPOSITIVE MOTION CUT-OFF |

The parties hereto, by and through their respective counsel, have reached this Stipulation Extending Deadlines for Disclosure and Depositions of Expert Witnesses, Discovery Cut-Off and Dispositive Motion Cut-Off with respect to the following facts:

   A.   Plaintiff filed its motion for judgment on the pleadings on April 30, 2007, and a

1
Stip. & [Proposed] Order Extending Deadlines, etc; Action No. C06-07049 JW (PVT)

hearing was set for June 4, 2007.

  B. The motion was continued to June 18, 2007 pursuant to notice of the Clerk, and it was subsequently continued to July 23, 2007 due to Defendants having retained new lead counsel in the case.  The motion was thereafter continued by the Court to July 30, 2007 and was heard on Monday, July 30, 2007 at 9:00 am.

  C. The parties to date have engaged in only paper discovery so as to avoid unnecessary expenditures of attorneys' fees and costs until such time as the pleadings are settled and the factual issues are framed pursuant to the Court's ruling on the pending motion.

  D. Under the Court's original Scheduling Order the parties were scheduled to disclose their experts on August 20, 2007 with rebuttal experts to be named and depositions to follow.

  E. On August 23, 2007 the parties submitted a Stipulation and Proposed Order Extending Deadlines for Disclosure and Depositions of Expert Witnesses; which the Court signed on August 30, 2007. Under that Order, the following changes in the scheduling order were entered:

| **Deadline** | **Original Due Date** | **Current Date** |
| --- | --- | --- |
| Expert Witness Disclosure | 08/20/2007 | 10/08/2007 |
| Expert Witness Rebuttal | 09/03/2007 | 10/22/2007 |
| File Motion to Exclude Expert Witness Testimony | 10/01/2007 | 11/12/2007 |
| Close of Expert Witness Discovery | 10/22/2007 | 11/21/2007 |

  F. The parties wish to extend these deadlines and related deadlines further so as to avoid unnecessary expenditures of attorneys' fees and costs until such time as the pleadings are settled and the factual issues are framed pursuant to the Court's ruling on the pending motion. No changes are sought other than as set forth below. Furthermore, Plaintiff wishes to go on record that it wishes to preserve the current pre-trial and trial scheduling for this case, with the preliminary pre-trial conference currently set for March 10, 2008 at 11:00 A.M.

Therefore, the parties stipulate to the following changes in the scheduling order with respect to the following deadlines:

| Deadline | Current Due Date | New Date |
|---|---|---|
| Expert Witness Disclosure | 10/08/2007 | 11/01/2007 |
| Expert Witness Rebuttal | 10/22/2007 | 11/16/2007 |
| File Motion to Exclude Expert Witness Testimony | 11/12/2007 | 12/03/2007 |
| Close of Expert Witness Discovery | 11/21/2007 | 12/14/2007 |
| Close of Discovery | 10/22/2007 | 12/07/2007 |
| Last Date for Hearing Dispositive Motions | 01/07/2008 | 02/04/2008 |

Dated: September 25, 2007      OWEN, WICKERSHAM & ERICKSON, P.C


By:      /s/ Linda Joy Kattwinkel
         Lawrence G. Townsend
         Linda Joy Kattwinkel


         AND

         Alan J. Hoffman
         James J. Merkins
         BLANK ROME, LLP
         Attorneys for Defendant and Counterclaimant
         WESTINGHOUSE LIGHTING CORPORATION


Dated: September 25, 2007      MCDERMOTT WILL & EMERY LLP


By:      /s/ Charles E. Weir
         Charles E. Weir
         Attorneys for Plaintiff THE THOMAS
         KINKADE COMPANY

3
Stip. & [Proposed] Order Extending Deadlines, etc; Action No. C06-07049 JW (PVT)

**ORDER**

IT IS SO ORDERED.
This is the parties' final request for Continuance of Scheduling Deadlines.

Dated: September  28 , 2007              _____
                                          James Ware
                                          United States Judge

S:\1Clients\WESLI\StipOrder-ExtendDates-ExpertWitness2.wpd

4
Stip. & [Proposed] Order Extending Deadlines, etc; Action No. C06-07049 JW (PVT)