McDERMOTT WILL & EMERY LLP
DANA N. LEVITT, PC (CA Bar No. 77180)
CHARLES E. WEIR (CA Bar No. 211091)
JASON D. STRABO (CA Bar No. 246426)
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3208
Telephone: 310.277.4110
Facsimile: 310.277.4730

Attorneys for Plaintiff
THE THOMAS KINKADE COMPANY,
FORMERLY KNOWN AS, MEDIA ARTS
GROUP, INC.

BLANK ROME LLP
ALAN J. HOFFMAN (*admitted pro hac vice*)
JAMES J. MERKINS
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6998
Telephone: 215.569.5500
Facsimile: 215.569.5555

Attorneys for Defendant
WESTINGHOUSE LIGHTING
CORPORATION

**GRANTED**
Judge James Ware
1/11/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE THOMAS KINKADE COMPANY, formerly known as, MEDIA ARTS GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTINGHOUSE LIGHTING CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C06-07049 (JW) (PVT)<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff The Thomas Kinkade Company and Defendant Westinghouse Lighting Corporation, through their undersigned counsel, hereby voluntarily dismiss their respective claims in the above-captioned matter with prejudice.

Dated: January 10, 2008

McDERMOTT WILL & EMERY LLP
DANA N. LEVITT, PC
CHARLES E. WEIR
JASON D. STRABO

By: /s/ Charles E. Weir
Charles E. Weir
Attorneys for Plaintiff
THE THOMAS KINKADE COMPANY, FORMERLY KNOWN AS, MEDIA ARTS GROUP, INC.

Dated: January 10, 2008

BLANK ROME LLP
ALAN J. HOFFMAN (*admitted pro hac vice*)
JAMES J. MERKINS

By: /s/ James Merkins /CEW
James J. Merkins
Attorneys for Defendant
WESTINGHOUSE LIGHTING CORPORATION

**IT IS SO ORDERED:**

The Cout terminates all pending hearings, motions and deadlines.

The Clerk shall close this file.

Date: January 11, 2008

/s/ James Ware
United States District Court Judge